NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMINT SYSTEMS CORPORATION AND EYEIT.COM, INC., JOINT VENTURE,**
*Plaintiffs-Appellants,*

AND

**NETSERVICES & ASSOCIATES, LLC,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**NETCENTRICS CORPORATION,**
*Defendant-Appellee,*

AND

**DIGITAL MANAGEMENT, INC.,**
*Defendant,*

AND

**POWERTEK CORORATION,**
*Defendant.*

---

2012-5039

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 11-CV-400 and 11-CV-416, Judge Margaret M. Sweeney.

---

## ON MOTION

---

## O R D E R

Comint Systems Corporation and Eyeit.com, Inc., Joint Venture (Comint) move without opposition to file corrected confidential and non-confidential opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Comint's corrected briefs are due within 14 days from the date of filing of this order.

FOR THE COURT

**APR 2 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Karen R. Harbaugh, Esq.
     Philip F. Hudock, Esq.
     Alexander V. Sverdlov, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2012

JAN HORBALY
CLERK